UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL,<br><br>    PLAINTIFF,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>    DEFENDANT. | Case No.:<br><br>COMPLAINT<br><br>Civil Action<br><br>JURY TRIAL DEMANDED |

## APPEARANCE

**To the Clerk of this Court and all parties of record:**

Please enter my appearance as lead counsel in this case for Plaintiff, Betty Petropoul.

I certify that I am admitted to practice in this Court.

Dated this 20th day of November, 2007,

    s/ Richard M. Manzella
    Richard M. Manzella
    Attorney # 6257568

    Law Office of Richard M. Manzella
    117 North Center Street
    Bloomington, Illinois  61701
    Phone (309) 829-7424
    Fax    (815) 366-4800