AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Peoria

BETTY PETROPOUL, PLAINTIFF

V.

R.R. DONNELLEY & SONS COMPANY, DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-1314

TO: (Name and address of Defendant)

C T CORPORATION SYSTEM, registered agent
Address  208 SO LASALLE ST, SUITE 814
Chicago, IL 60604

*RRD*
*1600 N. Main St.*
*Pontiac, IL 61764*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Richard M. Manzella
117 North Center
Bloomington, IL  61701

(309) 829-7424

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

12/12/2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 01, 09, 08 |
| NAME OF SERVER (PRINT) TONY DANIELS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: RRD, Pontiac, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT WITH CAROL GULLO, MANAGER OF THE HUMAN RESOURCES DEPT.

**STATEMENT OF SERVICE FEES**

| TRAVEL $35.00 | SERVICES $30.00 | TOTAL $65.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  01-09-08
            Date             Signature of Server: Tony Daniels

809 NORMAL AVE, NORMAL, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.