UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL, ) <br> ) <br> PLAINTIFF, ) <br> ) <br> v. ) <br> ) <br> R.R. DONNELLEY & SONS ) <br> ) <br> COMPANY, ) <br> ) <br> DEFENDANT. ) | Case No.: 07-CV-1314 <br><br> Civil Action <br><br> <u>JURY TRIAL</u> <br> <u>DEMANDED</u> |

## MOTION FOR DEFAULT JUDGMENT PURSUANT TO FED. R. CIV. P. 55

By and through her attorney of record, BETTY PETROPOUL, Plaintiff, moves this Court for an Order of Default Judgment against Defendant, R.R. DONNELLEY & SONS COMPANY, and in support of its motion state the following:

1. Defendant was properly served with summons and complaint on January 9, 2008, and Plaintiff filed proof of such service with the Court as provided on **Exhibit 1**, attached herein and incorporated by reference.

2. As a result of the service of Defendant, an answer was due on or before January 29, 2008.

3. No representative of the Defendant has filed an appearance and no answer has been filed to the complaint.

4. Pursuant to the Federal Rules of Civil Procedure a Court may enter an order of default subsequent to Defendant's untimely filing of an answer or otherwise fails to plead.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff requests that this Court enter an Order of Default in this matter and set the matter for hearing to determine the amount of damages proximately resulting from Plaintiff's failure to accommodate and disparate treatment claim against Defendant relating to Plaintiff's disability/handicap that further resulted in Plaintiff's termination and Order such further monetary and/or equitable relief as this Court determines is necessary to make Plaintiff whole for the acts of Defendant.

Dated this 31st day of January, 2008,

s/ Richard M. Manzella
Richard M. Manzella
Attorney # 6257568

Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois  61701
Phone (309) 829-7424
Fax    (815) 366-4800

E-FILED
Thursday, 30 January, 2008 04:36:09 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____Peoria_____

BETTY PETROPOUL, PLAINTIFF

V.

R.R. DONNELLEY & SONS COMPANY,
DEFENDANT.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-CV-1314

TO: (Name and address of Defendant)

C T CORPORATION SYSTEM, registered agent
Address 208 SO LASALLE ST, SUITE 814
Chicago, IL 60604

*RRD*
*1600 N. Main St.*
*Pontiac, IL 61764*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Law Office of Richard M. Manzella
117 North Center
Bloomington, IL 61701

(309) 829-7424

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

12/12/2007
DATE

**EXHIBIT 1**

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 01, 09, 08 |
| NAME OF SERVER (PRINT) TONY DANIELS | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: RRD, Pontiac, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): LEFT WITH CAROL GULLO, MANAGER OF THE HUMAN RESOURCES DEPT.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $35.00 | SERVICES $30.00 | TOTAL $65.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 01-09-08    *Tony Daniels*
           Date           Signature of Server

809 NORMAL AVE, NORMAL, IL
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**EXHIBIT 1**