UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BETTY PETROPOUL, | ) | Case No.: 07-CV-1314 |
| PLAINTIFF, | ) | |
| v. | ) | Civil Action |
| R.R. DONNELLEY & SONS COMPANY, | ) | <u>JURY TRIAL DEMANDED</u> |
| DEFENDANT. | ) | |

**NOTICE OF SERVICE OF MOTION FOR DEFAULT JUDGMENT AND ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF MOTION**

    I, Richard M. Manzella, certify that I electronically filed on January 31, 2008, this Notice of Service of Motion for Default Judgment Pursuant to Fed. R. Civ. P. 55 and Plaintiff's memorandum of law in support of her motion for default with the Clerk of the Court using the CM/ECF system.

**CERTIFICATION**

    Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard Manzella_____
Richard M. Manzella