## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | | |
|---|---|---|
| BERRY PETROPOUL, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-1314 |
| | ) | |
| v. | ) | |
| | ) | |
| R.R. Donnelley & Sons Co., | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is a Motion for Default [Doc. 5] filed pursuant to Federal Rule of Civil Procedure 55.  Plaintiff has brought her claim under the American's with Disabilities Act ("ADA"), 42 U.S.C. § 12101 et seq., and seeks damages and injunctive relief.  She now states that she has duly served process upon Defendant and Defendant has failed to appear or otherwise plead as required by the Federal Rules of Civil Procedure.

The Court finds that Defendant appears to be in default and Plaintiff is entitled to have a default entered against Defendant.  However, considering the nature of this case, a hearing is necessary before default judgment can be entered. Rule 55(b)(2) states that "[i]f, in order to enable the court to enter judgment or to carry into effect, it is necessary to take an account or to determine the amount of damages or to establish the truth of any averment by evidence or to make an investigation of any other matter, the court may conduct [a hearing]… as it deems necessary…."

Accordingly, a hearing is scheduled for this matter on May 28, 2008 at 9 am to determine the extent of the damages suffered by Plaintiff. Plaintiff is ordered to serve a copy of this Order upon the registered agent for Defendant in the State of Illinois by May 2, 2008.

IT IS THEREFORE ORDERED that default is entered against Defendant. A hearing is set for a determination of damages in this matter for May 28, 2008 at 9 am. Plaintiff is directed to serve a copy of this Order upon Defendant's registered agent in the state of Illinois by May 2, 2008.

ENTERED this  25th  day of April, 2008.

s/Joe Billy McDade
Joe Billy McDade
United States District Judge