**E-FILED**
Wednesday, 30 April, 2008  01:50:14 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL, | Case No.: 07-CV-1314 |
| PLAINTIFF, | |
| v. | Civil Action |
| R.R. DONNELLEY & SONS | |
| COMPANY, | <u>JURY TRIAL</u> <u>DEMANDED</u> |
| DEFENDANT. | |

### PROOF OF SERVICE

I, Richard M. Manzella, certify that I served a complete copy of a document entitled *Order*, a ruling entered by this Court dated April 25, 2008, upon plaintiff's motion for default, and signed by the Honorable Joe Billy McDade to the registered agent of Defendant as shown on the Illinois Secretary of State's website, specifically to the person listed in the Service List, by placing a copy of the same in a Federal Express envelope correctly addressed to the person on the Service List and mailing same by Federal Express 2-day service on April 29, 2008.

### CERTIFICATION

Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella
Richard M. Manzella

### SERVICE LIST

Registered Agent: RRD & Sons Co.
CT Corporation System
208 S. LaSalle St., Ste 814
Chicago, IL  60604-1101