UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL, ) | Case No.: 07-CV-1314 |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| v. ) | Civil Action |
| ) | |
| R.R. DONNELLEY & SONS ) | |
| ) | JURY TRIAL |
| COMPANY, ) | DEMANDED |
| ) | |
| DEFENDANT. ) | |

### NOTICE OF DELIVERY OF COPY OF ORDER OF APRIL 25, 2008

    I, Richard M. Manzella, certify that I electronically filed on April 30, 2008, this *Notice of Delivery of Copy of Order of April 25, 2008*, with the Clerk of the Court using the CM/ECF system.

    I, further certify that on April 30, 2008, I received an electronic notification of the delivery of the *Order*, a ruling entered by this Court dated April 25, 2008, upon plaintiff's motion for default, and signed by the Honorable Joe Billy McDade to the address on the Service List (**Exhibit 1**) and an electronic copy of the signature obtained by an agent for the courier as shown on **Exhibit 2**, attached herein.

### CERTIFICATION

    Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella
Richard M. Manzella


### SERVICE LIST

Registered Agent: RRD & Sons Co.
CT Corporation System
208 S. LaSalle St., Ste 814
Chicago, IL  60604-1101

**Subject:** FedEx Shipment 799845295008 Delivered
**From:** TrackingUpdates@fedex.com
**Date:** Wed, 30 Apr 2008 12:11:59 -0500 (CDT)
**To:** Richard.Manzella@JobAttorney.com

_____

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | Law Office Richard M. Manzella |
| Name: | Richard Manzella |
| E-mail: | Richard.Manzella@JobAttorney.com |

_____

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Ship (P/U) date: | Apr 29, 2008 |
| Delivery date: | Apr 30, 2008 12:09 PM |
| Sign for by: | K.AGULA |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx 2Day |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Adult Signature Required |
| | Deliver Weekday |
| Tracking number: | 799845295008 |

Shipper Information
Richard Manzella
Law Office Richard M. Manzella
117 N. Center
Bloomington
IL
US
61701

Recipient Information
Registered Agent: RRD & Sons Co.
CT Corporation System
208 S LASALLE ST STE 814
CHICAGO
IL
US
606041101

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 12:11 PM CDT
on 04/30/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

**Exhibit 1**



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643
Telephone: 901-369-3600

April 30, 2008

Dear Customer:

The following is the proof-of-delivery for tracking number **799845295008**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | CHICAGO, IL |
| **Signed for by:** | K.AGULA | **Delivery date:** | Apr 30, 2008 12:09 |
| **Service type:** | FedEx 2Day Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 799845295008 | **Ship date:** | Apr 29, 2008 |
| | | **Weight:** | 0.5 lbs. |

**Recipient:**
CHICAGO, IL US

**Shipper:**
Bloomington, IL US

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

**Exhibit 2**