**E-FILED**
Wednesday, 07 May, 2008  04:21:01 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## CENTRAL District of ILLINOIS

### APPEARANCE

Betty Petropoul,

|  | V. | CASE NUMBER: | 07-CV-1314 |

R. R. Donnelley & Sons Co.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

| May 7, 2008 | s/Richard H. Schnadig |
|---|---|
| Date | Signature |

| Richard H. Schnadig | 2495384 |
|---|---|
| Print Name | Bar Number |

Vedder Price P.C.
222 North LaSalle Street, Suite 2400
Address

| Chicago | IL | 60601 |
|---|---|---|
| City | State | Zip Code |

| (312) 609-7500 | (312) 609-5005 |
|---|---|
| Phone Number | Fax Number |