E-FILED
Wednesday, 07 May, 2008  04:23:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BETTY PETROPOUL,

        Plaintiff,

v.                                                                No. 07-CV-1314

R.R. DONNELLEY & SONS COMPANY,

        Defendant.

## DEFENDANT'S MOTION TO SET ASIDE ORDER OF DEFAULT

NOW COMES R.R. Donnelley and Sons Company, Inc., by its attorneys, and pursuant to

Rule 55(c), and moves this Court to set aside the Order of default entered by this Court on

April 25, 2008, and in support thereof, submits the attached Memorandum and Affidavit of

Carole Gulo.

R.R. DONNELLEY & SONS COMPANY


By: _/s/ Richard H. Schnadig_____
       One of Its Attorneys

Richard H. Schnadig, Bar No. 02495384
Joseph K. Mulherin, Bar No. 06278092
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL  60601-1003
(312) 609-7500
Dated: May 7, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing DEFENDANT'S

MOTION TO SET ASIDE ORDER OF DEFAULT was electronically filed and served on:

Richard M. Manzella
Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois 61701

by ELECTRONIC MAIL and by depositing a copy of same in the U.S. mail, first-class postage

prepaid, at 222 North LaSalle Street, Suite 2600, Chicago, Illinois  60601-1003 by 5:00 p.m. on

May 7, 2008.

/s/ Richard H. Schnadig
Richard H. Schnadig