**E-FILED**
Wednesday, 07 May, 2008 04:33:19 PM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
## CENTRAL District of ILLINOIS

## APPEARANCE

Betty Petropoul,

          V.          CASE NUMBER: 07-CV-1314

R. R. Donnelley & Sons Co.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant

I certify that I am admitted to practice in this court.

| | |
|---|---|
| May 7, 2008 | s/Joseph K. Mulherin |
| Date | Signature |
| | Joseph K. Mulherin     6278092 |
| | Print Name     Bar Number |
| | Vedder Price P.C. |
| | 222 North LaSalle Street, Suite 2400 |
| | Address |
| | Chicago     IL     60601 |
| | City     State     Zip Code |
| | (312) 609-7500     (312) 609-5005 |
| | Phone Number     Fax Number |