E-FILED
Tuesday, 20 May, 2008  03:48:32 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL,<br><br>PLAINTIFF,<br><br>v.<br><br>R.R. DONNELLEY & SONS COMPANY,<br><br>DEFENDANT. | Case No.: 07-CV-1314<br><br>Civil Action<br><br>**JURY TRIAL DEMANDED** |

## PROOF OF SERVICE

I, Richard M. Manzella, certify that I on May 20, 2008, I filed a document entitled *Response to Defendant's Motion to Vacate Default Judgment*, with the Clerk of the Court using the CM/ECF system which will send notice of the same automatically to the individuals listed in the Service List.

## CERTIFICATION

Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella
Richard M. Manzella

## SERVICE LIST

Joseph K Mulherin
e-mail: jmulherin@vedderprice.com
Richard H Schnadig
e-mail: rschnadig@vedderprice.com
Vedder Price, P.C.
222 N. LaSalle St., Ste 2600
Chicago, IL  60601-1003