E-FILED
Thursday, 12 June, 2008 03:32:42 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL, | |
| Plaintiff, | |
| v. | No. 07-CV-1314 |
| R.R. DONNELLEY & SONS COMPANY, | |
| Defendant. | |

## DEFENDANT'S MOTION TO DISMISS
## COUNT III OF PLAINTIFF'S COMPLAINT

NOW COMES R.R. Donnelley and Sons Company, by its attorneys, pursuant to Rules 12(b)(1) and (6), and moves this Court to dismiss Count III of Plaintiff's Complaint and in support thereof submits a supporting Memorandum.

R.R. DONNELLEY & SONS COMPANY

By: /s/ Richard H. Schnadig
One of Its Attorneys

Richard H. Schnadig, Bar No. 02495384
Joseph K. Mulherin, Bar No. 06278092
Vedder Price P.C.
222 North LaSalle Street
Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: June 12, 2008

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT was electronically filed and served on:

Richard M. Manzella
Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois 61701

by depositing a copy of same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003 by 5:00 p.m. on June 12, 2008.

/s/ Richard H. Schnadig