UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL,  )<br>)<br>PLAINTIFF,  )<br>)  Case No.: 07-CV-1314<br>v.  )<br>)<br>R.R. DONNELLEY & SONS  )<br>)  Civil Action<br>COMPANY,  )<br>)<br>DEFENDANT.  )  | |

## PROOF OF SERVICE

    I, Richard M. Manzella, certify that on July 2, 2008, that I filed a document entitled *RESPONSE TO DEFENDANT'S MOTION TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT*, with the Clerk of the Court using the CM/ECF system which will send notice of the same automatically to the individuals listed in the Service List.

## CERTIFICATION

    Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella
Richard M. Manzella

## SERVICE LIST

Joseph K Mulherin
e-mail: jmulherin@vedderprice.com
Richard H Schnadig
e-mail: rschnadig@vedderprice.com
Vedder Price, P.C.
222 N. LaSalle St., Ste 2600
Chicago, IL  60601-1003