**E-FILED**
Thursday, 24 July, 2008  10:34:35 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

BETTY PETROPOUL,

        Plaintiff,

v.

        No. 07-CV-1314

R.R. DONNELLEY & SONS COMPANY,

        Defendant.

## PARTIES' JOINT PROPOSED DISCOVERY PLAN

Defendant R.R. Donnelley & Sons Company ("Donnelley") and Plaintiff Betty Petropoul ("Petropoul") respectfully submit the following Joint Proposed Discovery Plan:

1.    **Initial Disclosures.**  The parties do not wish to alter the form or requirement of their Rule 26(a)(1) Initial Disclosures.  The parties will exchange Initial Disclosures on or before August 11, 2008.

2.    **Discovery.**  The parties anticipate engaging in discovery regarding Plaintiff's claims, Defendant's defenses and damages.  Discovery need not be conducted in phases or be limited or focused on particular issues.  The deadline for completion of all discovery will be March 20, 2009.  The parties do not anticipate the need for other changes in the discovery rules from those set forth in the Federal Rules of Civil Procedure.

3.    **Electronically Stored Information.**  Although the parties do not anticipate the need to recover information that is stored only in electronic form, it is agreed that any request for "documents" shall include readily accessible e-mails and/or data (e.g., text or database information) relevant to a discovery request.  The parties agree that documents that were created electronically or that exist in electronic form may be produced in paper form unless such

production would result in the production of document in excess of one thousand (1,000) pages. Document requests resulting in the production of documents in excess of 1,000 pages shall be produced in an electronic format mutually agreeable to the parties. Production of documents in an electronic format of Adobe Acrobat (version 5.0 or higher) and/or a format readable by Microsoft Office applications including Microsoft Word, Microsoft Excel, or Microsoft Access shall be permitted without prior approval from the receiving party.

4.     **Issues Regarding Privilege or Protection of Trial Preparation Materials.** The parties agree that if either party should inadvertently disclose information protected by the attorney-client or work product privileges, it shall promptly notify the other party, in writing if possible. The other party shall promptly return, sequester or destroy such material and any and all copies. Any such inadvertently disclosed material should not be used or disclosed. The party who received the inadvertently disclosed material must take reasonable steps to retrieve it if it has already been disclosed to any non-party. The parties agree that the Court may resolve any disputed claims of privilege and that any inadvertently disclosed information should be preserved confidentially until the Court has made such a determination. The parties agree that the inadvertent disclosure of privileged materials shall not result in a waiver of the attorney-client privilege or work-product doctrine as to the documents inadvertently disclosed or any other documents.

5.     **Expert Witnesses.** Plaintiff must disclose any expert witness by November 21, 2008. Defendant must disclose any expert witness by December 19, 2008.

5.     **Amendment of Pleadings.** Any amendments to the pleadings or actions to join other parties without the requirement of leave of Court shall be filed on or before September 19, 2008. All other amendments to the pleading shall be filed with leave of Court.

- 2 -

6.    **Dispositive Motions.**  Any dispositive motions shall be filed on or before April 17, 2009.

<br>

Respectfully submitted,

R.R. DONNELLEY & SONS COMPANY

s/ Richard H. Schnadig
_____

Richard H. Schnadig
Joseph K. Mulherin
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL  60601-1003
Phone: (312) 609-7500
Fax: (312) 609-5005
rschnadig@vedderprice.com
jmulherin@vedderprice.com
Attorneys for Defendant

BETTY PETROPOUL

s/ Richard M. Manzella
_____

Richard M. Manzella
Law Office of Richard M. Manzella
117 North Center Street
Bloomington, Illinois 61701
Phone:  (309) 829-7424
Fax:  (815) 366-4800
Richard.Manzella@jobattorney.com
Richard.Manzella@insightbb.com
Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true and correct copy of the foregoing PARTIES' JOINT

PROPOSED DISCOVERY PLAN was electronically filed and served on

>   Richard M. Manzella
>   Law Office of Richard M. Manzella
>   117 North Center Street
>   Bloomington, Illinois 61701

by depositing the same in the U.S. mail, first-class postage prepaid, at 222 North LaSalle Street,

Chicago, Illinois 60601-1003 by 5:00 p.m. on July 24, 2008.


>                             /s/ Richard H. Schnadig

- 4 -