**E-FILED**
Tuesday, 12 August, 2008  04:59:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BETTY PETROPOUL, | Case No.: 07-CV-1314 |
| PLAINTIFF, | |
| v. | Civil Action |
| R.R. DONNELLEY & SONS COMPANY, | <u>JURY TRIAL DEMANDED</u> |
| DEFENDANT. | |

**PROOF OF SERVICE**

    I, Richard M. Manzella, certify that on August 12, 2008, I filed a document entitled *PLAINTIFF'S INITIAL DISCLOSURES*, with the Clerk of the Court using the CM/ECF system which will send notice of the same automatically to the individuals listed in the Service List. The document was also mailed to defendant by depositing a copy of same in the U.S. Mail, first-class postage prepaid to the address shown in the Service List by depositing same in a U.S. mailbox in Bloomington, Illinois before 5:30 p.m. on August 12, 2008.

**CERTIFICATION**

    Under penalties of perjury, I certify that the statements set forth in the foregoing Proof of Service are true and correct.

s/ Richard M. Manzella
Richard M. Manzella

**SERVICE LIST**

Joseph K Mulherin
e-mail: jmulherin@vedderprice.com
Richard H Schnadig
e-mail: rschnadig@vedderprice.com
Vedder Price, P.C.
222 N. LaSalle St., Ste 2600
Chicago, IL  60601-1003